UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

In Re:                                    )
                                          )
Donald Isidore Lee                        )
                                          )
        Debtor                            )          **JUDGMENT**
                                          )
                                          )
                                          )          5:15-CV-641-BR
                                          )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this appeal is DISMISSED and this case
is closed.

**This judgment filed and entered on April 27, 2016, and served on:**

Donald Isidore Lee (via US Mail at 805 McLamb Drive, Fayetteville, NC 28301)
John T. Orcutt  (via US Mail at 6616-203 Six Forks Road, Raleigh, NC 27615)
Joseph A. Bledsoe, III (via CM/ECF Notice of Electronic Filing)

April 27, 2016                              JULIE RICHARDS JOHNSTON, CLERK

                                            By: Deputy Clerk